**Order entered January 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00141-CV

## AMBER ETTA BUMPUS, Appellant

## V.

## BRENT WADE FITZGERALD, Appellee

### On Appeal from the 196th District Court
### Hunt County, Texas
### Trial Court Cause No. 773788

## ORDER

On December 13, 2013, we ordered Becky Wheeler, Official Court Reporter for the 196th Judicial District Court, to obtain the reporter's record from Michael Hurley, who reported two temporary hearings in this cause, and from Kelly Bryant, who reported the final trial in this cause. The record of the temporary hearings was timely filed. A partial record of the final trial was filed a day late and a day after Ms. Wheeler filed with the Court an affidavit averring that, despite communicating with Ms. Bryant regarding the record, she had not received a copy of Ms. Bryant's record. Nothing in the partial record reflects why only a partial record was filed, and the Court has not received any explanation from either Ms. Wheeler or Ms. Bryant. Although Ms. Wheeler, as the official court reporter, bears the responsibility of ensuring the record is

timely filed, because Ms. Bryant failed to timely give Ms. Wheeler the record, we **ORDER** Ms. Bryant herself to file, within ten days of the date of this order, either (1) the remaining portion of the record of the final trial or (2) written verification that the remaining portion of the record has been lost or destroyed.

We **DIRECT** the Clerk of the Court to send copies of this order by (1) electronic transmission and postal mail to Kelly Bryant, kellycsrtx@gmail.com, 5717 Mariposa Drive, McKinney, Texas 75070; (2) electronic transmission to Becky Wheeler; and (3) postal mail to all parties to the appeal.

/s/    ELIZABETH LANG-MIERS
JUSTICE